**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Everything Hearth & Home, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **86-3787856** |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **39 Railroad Avene** <br> **Middletown, NY 10940** <br> Number, Street, City, State & ZIP Code | **39 Red Barn Road** <br> **Pine Bush, NY 12566** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br> **In the possession of 11 Center Street LLC, the lessor of 39 Railroad Avenue.** <br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL) _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Everything Hearth & Home, LLC**                                          Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4237__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **Everything Hearth & Home, LLC**                    Case number (*if known*) _____
     Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Everything Fireplaces, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Southern District of New York** | When **8/01/23** | Case number, if known **23-35475** |

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

           Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

■  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Everything Hearth & Home, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.   Estimated liabilities**

☐ $0 - $50,000
☐  $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Everything Hearth & Home, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 29, 2024**
               MM / DD / YYYY

**X** /s/ Derrick Morran                              **Derrick Morran**
Signature of authorized representative of debtor         Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** /s/ Michael D. Pinsky, Esq.           Date   **January 29, 2024**
Signature of attorney for debtor                      MM / DD / YYYY

**Michael D. Pinsky, Esq.**
Printed name

**Law Office of Michael D. Pinsky, P.C.**
Firm name

**372 Fullerton Ave., #11**
**Newburgh, NY 12550-3744**
Number, Street, City, State & ZIP Code

Contact phone   **845-245-6001**      Email address   **michael.d.pinsky@gmail.com**

**2683019 NY**
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Everything Hearth & Home, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 29, 2024**          X **/s/ Derrick Morran**
                                              Signature of individual signing on behalf of debtor

                                              **Derrick Morran**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Everything Hearth & Home, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.........................................................................................    $            0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $     136,264.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $     136,264.00

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     178,515.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $            0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$       286.00

4. **Total liabilities** ..............................................................................................................
Lines 2 + 3a + 3b                                                                                                   $     178,801.00

**Fill in this information to identify the case:**

Debtor name __**Everything Hearth & Home, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **6072** | $0.00 |
| 3.2. | **Bank of America** | **Checking** | **6187** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  $0.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor    **Everything Hearth & Home, LLC**    Case number *(If known)* _____
              Name

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** **Fireplace Units & Accessories. See attached Exhibit "A".** | | Unknown | Recent cost | $136,263.00 |
| 22.   **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**    | $136,263.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☒ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☒ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    **Everything Hearth & Home, LLC**          Case number *(If known)* _____
_____
          Name

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. | **Notes receivable** |
| | Description (include name of obligor) |
| 72. | **Tax refunds and unused net operating losses (NOLs)** |
| | Description (for example, federal, state, local) |
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Facebook page: https://www.facebook.com/everythinghearthandhome/?locale=ru_RU** | **$1.00** |

| 78. | **Total of Part 11.** | **$1.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor   **Everything Hearth & Home, LLC**                     Case number *(If known)* _____
           Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $136,263.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $136,264.00 | + 91b. $0.00 |

92.   **Total of all property on Schedule A/B.** Add lines 91a+91b=92                     $136,264.00

**Fill in this information to identify the case:**

Debtor name     **Everything Hearth & Home, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1    Cloudfund LLC**<br>Creditor's Name<br><br>**400 Rella Blvd. Ste 165-101<br>Attn Officer<br>Suffern, NY 10901**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Fireplace Units & Accessories. See attached Exhibit "A".**<br><br>**Describe the lien** | $178,515.00 | $136,263.00 |

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $178,515.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Vadim Serebro, Esq.<br>55 Broadway, 3rd Floor<br>New York, NY 10006** | Line __**2.1**__ | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Everything Hearth & Home, LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Ahrin Coke** <br> **PO Box 704** <br> **Arcata, CA 95518** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Aileen Murphy** <br> **4744 SW Gull Point Drive** <br> **Lees Summit, MO 64082** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Alex Bartlett** <br> **5 Harvey Lane** <br> **Malvern, PA 19355** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Alex Farah** <br> **1604 Seegar Road** <br> **Pittsburgh, PA 15241** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  __customer__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Allen Shamoollian**
**214 Conway Avenue**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ana Morresi**
**2655 Longbranch Road**
**Union, KY 41091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Andre Priede**
**3624 Sawyer Road**
**Sawyer, MI 49125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Andrew Dunn**
**1329 6th Street**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Andrew Farbeer**
**62 West 62nd Street**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Andrew Mara**
**25 Kelly Ridge Road**
**Carmel, NY 10512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Annette Jennings**
**1685 Thyatira Brockton Road**
**Jefferson, GA 30549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Everything Hearth & Home, LLC**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**Annette Jones**
**33 Hartsook Road**
**Lexington, VA 24450**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** |

**Anthony Griffin**
**175 Main Street,**
**PO Box 74**
**Union Bridge, MD 21791**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** |

**Archibald Kingsley**
**208 Hunt Trace Lane**
**Camden, SC 29020**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** |

**Armin Scharnberger**
**150 Dowling Road**
**Ingram, TX 78025**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** |

**Artur Turaj**
**401 Madison Street**
**Reading, PA 19607**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** |

**Ashley Morgan**
**8325 Highway 90**
**Roanoke, LA 70581**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** |

**Azra Beels**
**5 LeClairr Drive**
**Hingham, MA 02043**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
**Bank of America**
**100 North Tryon Street**
**Attn Officer**
**Charlotte, NC 28255**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address
**Barry Nunez**
**2105 Redbud Street**
**Norwalk, IA 50211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
**Ben Napieer**
**525W. 7th Street**
**Laurel, MS 39440**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address
**Bill Johns**
**9725 Woods Drive**
**Skokie, IL 60077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address
**Bill Welch**
**507 Boardwalk Lane**
**Dexter, MI 48130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **customer**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
**Bogdan Livipa**
**819 North Navao Drive**
**Page, AZ 86040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
**Bonnie Williams**
**17560 South Casstada Drrive**
**Sahuarita, AZ 85629**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                        **$1.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Everything Hearth & Home, LLC**                              Case number (if known) _____
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brad Maybee**
**1009 7th Corso**
**Nebraska City, NE 68410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brandon Mitchell**
**9953 Ohio Indiana State Line R**
**Hicksville, OH 43526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brett Van Horn**
**23360 Forsythia Lane**
**Washington, DC 20011-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brian Slater**
**280 Brian Court**
**Ellicott City, MD 21043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brisn Folke**
**5955 Towhee Lane**
**Cincinnati, OH 45243-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bruce Davis**
**2310 North Shaytown Road**
**Vermontville, MI 49096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bryan Ayres**
**4880 State Highway 41**
**Greene, NY 13778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Everything Hearth & Home, LLC**                                    Case number (if known) _____
_____
Name

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|------|----|----|----|

**Candi Schulz**
**12262 Paige Road**
**Woodford, VA 22580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|------|----|----|----|

**Candy Read**
**11253 Womack Cemetery Road**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|------|----|----|----|

**Carrie Hughes**
**207 Magnolia Place Cove**
**Brandon, MS 39047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|------|----|----|----|

**Cassi Braun**
**825 Bluff Street**
**Beloit, WI 53511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|------|----|----|----|

**Chersharon King**
**112 Belladonna Lane**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|------|----|----|----|

**Cheryl Holt**
**945 Jefferson Lane**
**Saint Paul, MN 55123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|------|----|----|----|

**Chris Day**
**232 Owensville Road**
**West River, MD 20778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Chris Kallenbach**
**135 Bass Point Road**
**Nahant, MA 01908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Chris McKenna**
**52 Whittlsey Road**
**Woodbury, CT 06798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Christian Savage**
**204Blessings Ranch Road**
**Liberty Hill, TX 78642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Christin Grimes**
**621 Countty Road 308**
**Rosharon, TX 77583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Christopher Faulkner**
**3355 Eastman Avenue**
**Denver, CO 80210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Christopher Grayson**
**25 Le Conte**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Christopher Hendel**
**1890 Monterey Road, #C**
**Colorado Springs, CO 80910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Clare Ogle**
**581 Sand Hill Road**
**Hershey, PA 17033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **$1.00**

**Connie Hiker**
**7330 W. Ranger Ridge Road**
**Lincoln, NE 68532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __cupstmer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **$1.00**

**Craig McKinney**
**241 Woodwins Drive**
**Banner Elk, NC 28604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **$1.00**

**Cynthia Gibson**
**1326 Cannon Island Drive**
**Sitka, AK 99835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **$1.00**

**Cynthia Nicholson**
**PO Box 2562**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **$1.00**

**D'Onn Genovese**
**51395 Clubhouse Drive**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **$1.00**

**Dale Coats**
**1482 W. Gander Drive**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Everything Hearth & Home, LLC**                              Case number *(if known)* _____
         Name

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**Dan Hestad**
**247 Sodom Road**
**Norway, ME 04268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**Dana Hobson**
**4923 S. Hemingway Circle**
**Pompano Beach, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**Daniel Anan**
**3 Radio Road**
**Saint Augustine, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**Danny Nygard**
**498 Benton Hollow Road**
**Woodbourne, NY 12788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**David Gilmore**
**4264 Fiddlers Bend**
**Loganville, GA 30052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**David Leonard**
**104 Glenfield Trail**
**Greeneville, TN 37745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

**David Williams**
**2526 Gery Street**
**Redding, CA 96001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address
**Dean McComish Jr.**
**46 Kendall Pond Road**
**Derry, NH 03038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.62** | Nonpriority creditor's name and mailing address
**Debra Hooks**
**440 Baltimore Circle**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.63** | Nonpriority creditor's name and mailing address
**Dee Kimbrough**
**157 Branch Village Way**
**Princeton, TX 75407**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.64** | Nonpriority creditor's name and mailing address
**Delaine Bishop**
**2516 SC Highway, 395**
**Newberry, SC 29108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.65** | Nonpriority creditor's name and mailing address
**Delta Funding**
**108 Greenwich Street**
**Attn Officer**
**New York, NY 10006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.66** | Nonpriority creditor's name and mailing address
**Dennis Volk**
**13166 Morse Place**
**Shoreham, VT 05770-2000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.67** | Nonpriority creditor's name and mailing address
**Derek Hunt**
**7460 Ms Highway 9**
**Ackerman, MS 39735**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Derek Onstott** | ☐ Contingent | |
| | **11994 Sackston Ridge Drive** | ☐ Unliquidated | |
| | **Saint Louis, MO 63141** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Devin Porter** | ☐ Contingent | |
| | **2241 Kodiac Circle** | ☐ Unliquidated | |
| | **Overgaard, AZ 85933** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Diamond Moss** | ☐ Contingent | |
| | **5740 Bucks Bar Road** | ☐ Unliquidated | |
| | **Placerville, CA 95667** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Diana Glynn** | ☐ Contingent | |
| | **6511 South 110th Street** | ☐ Unliquidated | |
| | **Omaha, NE 68137** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Diane Rice** | ☐ Contingent | |
| | **23406 115th Avenue SW** | ☐ Unliquidated | |
| | **Vashon, WA 98070** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Dmitry Pleshkov** | ☐ Contingent | |
| | **1254 Hidden Woods Drive** | ☐ Unliquidated | |
| | **Zephyr Cove, NV 89448** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Don Nickel** | ☐ Contingent | |
| | **1315 Blockhouse Valley Road** | ☐ Unliquidated | |
| | **Clinton, TN 37716** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __customer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Donnie Ward**
**685 Chisam**
**Valley View, TX 76272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Doran Porter**
**935 Calle San Raphael**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __ccustoker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Douglas Blackford**
**9917 S 12th Street**
**Schoolcraft, MI 49087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Duane Watlington**
**89 Half Acre Road**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Duann Chambers**
**210 Triangle Drive Ste D**
**Ponderay, ID 83852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Dustin Steffan**
**744 West 12th  Avenue**
**Spokane, WA 99204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Eddie Holmes**
**2120 69th SE**
**Auburn, WA 98092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Eddie Holmes**
**2120 69th SE**
**98092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Edwin Schaumburg**
**2710 Stephens Road**
**Maryville, TN 37803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Elizabeth Antonyan**
**1936 N St Andrews Place**
**Los Angeles, CA 90068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Elizabeth Hoenig**
**223 N 4th Street**
**Winterset, IA 50273**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Emma Buescher**
**3380 Summer Cutoff Road**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Eric Weber**
**820 Northfield Road**
**Manhattan, KS 66502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

**Erwin Kroon**
**2147 Kipling Street**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Fatimatou Diallo**
**2 Summerset Court**
**Gwynn Oak, MD 21207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Francisco Ozuna**
**13615 Luis Drive, B**
**Desert Hot Springs, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gale Manke**
**506 Shore Drive Wes**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gerald Duke**
**3226 Maybank Highway**
**Johns Island, SC 29455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ghassan Maadarani**
**22150 Gratiiot Avenue**
**Eastpointe, MI 48021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ginger Sigleer**
**3621 North Kachina Lane**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Goran Dukic**
**947 Lucile Avenue**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Greg Knepp** | ☐ Contingent | |
| | **177 South 500 East** | ☐ Unliquidated | |
| | **Montgomery, IN 47558** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Gregory Knepp** | ☐ Contingent | |
| | **1775 S 500 East** | ☐ Unliquidated | |
| | **Montgomery, IN 47558** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Hannah Taylor** | ☐ Contingent | |
| | **1900 SimondAvenue** | ☐ Unliquidated | |
| | **Austin, TX 78723** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Harper Hug** | ☐ Contingent | |
| | **259 East Mineola Drive** | ☐ Unliquidated | |
| | **Largo, FL 33770** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Heatheer Battison** | ☐ Contingent | |
| | **340 E.Main Street** | ☐ Unliquidated | |
| | **Cortland, OH 44410** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Heather Mack** | ☐ Contingent | |
| | **25077 DoeDrive** | ☐ Unliquidated | |
| | **North Olmsted, OH 44070** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Helen Brach** | ☐ Contingent | |
| | **35 Chevron Road, Unit 201** | ☐ Unliquidated | |
| | **Monroe, NY 10950** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __customer__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Heliodoro Aguilar**
**PO Box 23**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jackie Lunardi**
**4439 North Chapel Road**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jacob Dylan**
**6715 Chelsea Gardens Way**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**James Eggers**
**14545 Industrial Road**
**Omaha, NE 68144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**James Guthery**
**734 Caanoe Road**
**Broken Bow, OK 74728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**James Johnson`**
**1124 Ridgecrest Avenue**
**Gallup, NM 87301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**James McClain**
**8230 River Hill CommonsDrive**
**Ball Ground, GA 30107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**James Neville**
**3104 Commander Drive**
**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**James Prrice**
**502 Rocky Lake Road**
**Colville, WA 99114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jed Trachte**
**25701 Willow Lane**
**New Prague, MN 56071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeff McCallister**
**8103 Rockwood Lane**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jeremiah Curtis**
**300 West Olive, Suite A**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jessica Wickline**
**28483 Seneca Trail N**
**Renick, WV 24966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Jim Coughlin**
**11 E. 79th Street**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __customer__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jodi Frock**
**491 Middle Creek Road**
**Fairfield, PA 17320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  customer**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Joe Brown**
**10501 Iacera Drive**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**John Barrett**
**16 Maria Lane**
**Ossining, NY 10562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  customer**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**John Gannon**
**2631 Shoreview Drive**
**Naples, FL 34112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  customer**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**John Loper**
**6542 87th Street**
**Lubbock, TX 79424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  customer**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**John Sytsma**
**211 Hilltop Drive**
**Justin, TX 76247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**John Wood**
**38 Grravely Branch Road**
**Fletcher, NC 28732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jonathan Bruzzi**
**4264 Buckskin Wood Drive**
**Ellicott City, MD 21042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jonathn Bruzzi**
**4264 Buckskin Wood Drive**
**Ellicott City, MD 21042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jordan Smith**
**8122 Townley Road**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jose Garrido**
**1290 Acorn Court**
**Dundee, IL 60118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Joseph Magnotta**
**2416 Stratton Drive**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Joshua Smith**
**202 Sassafras Court**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Joshua Stearns**
**3413 Whites Gap Road**
**Jacksonville, AL 36265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Joshua Whitson**
**3211 Ashebury Point**
**Greenwood, AR 72936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Joy Louveau**
**121 Glen Ridge Avenue**
**Glen Ridge, NJ 07028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Juan Camillo**
**9 Bristol Drive**
**Middletown, NY 10941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Julia Lindsay**
**13085 Jennings Road**
**Kinde, MI 48445-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Julia Priceman**
**69 Newell Road**
**Yarmouth, ME 04096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Justin Hunteer**
**1920 North Havichur Loop**
**Post Falls, ID 83854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Justin Sandberg**
**5089 S 1950 West**
**Salt Lake City, UT 84129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Karen Taylor**
**PO BBox 562**
**Lake Ozark, MO 65049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Karen Wesley**
**4119 Bayshore Blvd. NE**
**Saint Petersburg, FL 33703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Katherine Spencer**
**3823 Trimble Road**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Kathy Mott**
**12374 Amica Loop**
**Venice, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Kayla Wilson**
**13250 Penn Shop Road**
**Mount Airy, MD 21771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Kecia Stickney**
**17460 Sendeero Way**
**Lower Lake, CA 95457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

**Keith Elledge**
**9403 Castlewood Drive SE**
**Poulsbo, WA 98370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Keith Kaufman**
**227 Chapel Hill Road**
**Reading, PA 19608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kevin Ripa**
**41 Oak Street**
**Sweet Grass, MT 59484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kevin Serfass**
**2328 RRiverbend Road**
**Allentown, PA 18103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kevin Tefft**
**31709 37th Avenue SW**
**Federal Way, WA 98023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kristine McCullough**
**107 Saddlewood Lane**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lance Boucher**
**49 Coventry Drive**
**Sunapee, NH 03782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Larry Hart**
**11 18th Streeet**
**Corbin, KY 40701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   customer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Laura Bearb**
**408 Highway 178**
**Church Point, LA 70525**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Laura Thompson**
**370 Sprirngbud Road**
**Fancy Gap, VA 24328**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lauren Clark**
**308 Main Street**
**Vanlue, OH 45890**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Laurence Burke**
**203 Rector Street**
**Sterling, VA 20164**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Laurence Miller Jr.**
**6410 Jefferson Blvd.**
**Frederick, MD 21703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lawrence Lachow**
**1394 Old Jacksonville Road**
**Warminster, PA 18974**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lawrnce Lauser**
**7442 Shasta Forest Drive**
**Shingletown, CA 96088**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Leeann Orasin**
**5 Woods Point**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Leonard Gibbs**
**8174 Hillcrest Road**
**Henrico, VA 23231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Linda Davis**
**898 Midway Circle**
**Jacksons Gap, AL 36861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lindsay Ramlow**
**6164 S 30th Street**
**Kalamazoo, MI 49048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Liz Paquette**
**64 Telegraph Street**
**Boston, MA 02127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lora Mins**
**704 Blueberry Hill Road**
**Prattville, AL 36067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lucille Cannon**
**5350 Pinehurst Park Drive**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Maadeline Allen-Sando**
**645 Southeest Wilson Avenue**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Maggie Vance**
**1854 Pushew Road**
**Bangor, ME 04401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marak Ferrraro**
**200 Linden Street**
**Rochester, NY 14620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marc Ciechoski**
**24 Country Lane**
**Bristol, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mark Fedder**
**1303 Canell Drive**
**Somerset, PA 15501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mark Shrack**
**5087 Christinburg Road**
**Columbus, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marleena Clark**
**1177 Lake Forest Drive**
**Hebron, OH 43025-5000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marlin Metters**
**30244 Conw Manor Lane**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marsha Bassett**
**3012 23rd Avenue South**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marshall Patterson**
**159 Aviator Lane**
**Tuscumbia, AL 35674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Martha Rodriguez**
**2396 Sycamore Streeet**
**Saint James City, FL 33956**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Martin Kent**
**156 Goffle Hill Road**
**Hawthorne, NJ 07506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Matt Luft**
**7474 Oak Orchard Road**
**Elba, NY 14058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Matt Meccia**
**308 9th Avenue**
**Belmar, NJ 07719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __customer__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Everything Hearth & Home, LLC**                                    Case number (if known) _____
_____
Name

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Matthew Metz**
**611 Wheeling Avenue**
**Glen Dale, WV 26038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Maureen Shiel**
**1137 E. 10th Street**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Max Lent**
**37 West 47th Street, Ste. 504**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michael Fink**
**4 Hope Lane**
**Phoenixville, PA 19460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michael Grogan**
**1444 Hobson Street**
**Walla Walla, WA 99362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michaesl MccGovern**
**2121 Airborn Drive**
**Jacksonville, AR 72076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michelle Beuscher**
**808 Montrose Drive**
**Greensboro, NC 27410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mike Riley**
**8578 Forrest Lane**
**Littleton, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mindy Kefer**
**1535 Linden Avenue**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Minerva Yeung**
**16 Lloyden Drive**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mitchell Davidson**
**4530 Aspen Avenue**
**Las Vegas, NV 89124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Molly Hooks**
**76 Glasston Road**
**Big Timber, MT 59011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Monty Lall**
**908 South Patterson Street**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Muriel Adib**
**1107 Bluffton Court**
**Myrtle Beach, SC 29579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Nataliya Mysak**
**16 Kilmer Drive**
**Englishtown, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Nels Gulbranson**
**41 qst Street NW**
**Spring Grove, MN 55974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Nick Pierre**
**306 Perry Pond Road**
**Narrowsburg, NY 12764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Nick Tarekhov**
**790 Auburn Way North, #204**
**Auburn, WA 98002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Nicola Fryer**
**6 Parkside Court**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Nicole Papamichael**
**350 83rd Street**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Nicolette Denney**
**39580 Camino Del Vino**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Nskinyua Gill**
**5848 Aspen Wood Court**
**Mc Lean, VA 22101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Patrick Berry**
**2244 Wetharburne Way**
**Frederick, MD 21702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Patrick Ucci**
**2010 WatersEdge**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Paul Hamilton**
**28702 SW 48th Avenue**
**Newberry, FL 32669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Paul Schroeder**
**931 Jefferson Street**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Paul Shewbirt**
**1151 Parkway Lane**
**Pilot Point, TX 76258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Peter Carlucci**
**8 Cirrus Lane**
**Pittstown, NJ 08867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Philip Koshak**
**4550 Chapel Grove Road**
**Gastonia, NC 28052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Phoenix Allan/Watson**
**1331 Roma Road**
**Bellingham, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Phyllis Shultz**
**843 Club Crest Blvd.**
**Chester, VA 23836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Raul Marquees**
**51 Chapel Hill Road**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Ray Williams**
**1047 Delmont Church Road**
**Cadiz, KY 42211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Redpoint LLC**
**PO BBox 2201**
**Bristol, TN 37621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

**Renee Langstaff**
**1335 Co Road 225**
**Rifle, CO 81650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Rex McArthur**
**448 East Foothill Blvd., #207**
**San Dimas, CA 91773**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Rhonda Slavik**
**1412 Clearaview Road**
**Santa Barbara, CA 93101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Rich Undrkofler**
**205 Nicklaus Drive**
**Doylestown, PA 18901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Richard Parker**
**3454 South Sycamore Avenue**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Richard Thomas**
**999 County Road 12**
**Florissant, CO 80816**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Richard Ure**
**8364 Bindseil Lane**
**San Antonio, TX 78266**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Rick Larotonda**
**1007 Caralena Court**
**Absecon, NJ 08201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
| | **Rob Deming** | ☐ Contingent | |
| | **23 Ulenski Drive** | ☐ Unliquidated | |
| | **Albany, NY 12220-5000** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **customer** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
| | **Rob Johnson** | ☐ Contingent | |
| | **1785 N. Bluff Top Drive** | ☐ Unliquidated | |
| | **Prescott Valley, AZ 86314** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **customer** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
| | **Robert Grable** | ☐ Contingent | |
| | **1022 North Buckeye Street** | ☐ Unliquidated | |
| | **Osgood, IN 47037** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **customer** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
| | **Robert Panian** | ☐ Contingent | |
| | **15320 Shoreline Drive** | ☐ Unliquidated | |
| | **Thornville, OH 43076** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **customer** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
| | **Roberto Prado** | ☐ Contingent | |
| | **20 north Green Acres Lane** | ☐ Unliquidated | |
| | **New Haven, CT 06511** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **customer** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
| | **Ronald Robicheaux** | ☐ Contingent | |
| | **116 Rue Conge Circle** | ☐ Unliquidated | |
| | **Lafayette, LA 70508** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **customer** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
| | **Rutledge Smith** | ☐ Contingent | |
| | **150 Birch Street** | ☐ Unliquidated | |
| | **Winnetka, IL 60093** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **customer** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Everything Hearth & Home, LLC**
_____    Case number (if known) _____
　　　　　Name

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ryan Latrell**
**2206 Cerro Court**
**Rapid City, SD 57702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ryan Sumner**
**8Highland Avenue**
**Warwick, NY 10990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ryan Tatum**
**PO Box 986**
**Norman, OK 73070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ryan Tonelli**
**22 Dolphin Drive**
**Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Salvatore Mangia**
**110 VoiceRoad**
**Carle Place, NY 11514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Samuel Callari**
**8906 De Haviland Avenue**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sarah Schmitt**
**3715 King Arthur Road**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Savannah Daily**
**4350 Newport Highway**
**Greeneville, TN 37743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Scott Dennis**
**70 Lost Island Road**
**Ladys Island, SC 29907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sean Smyt**
**110 Midland Avenue, 9B**
**Midland Park, NJ 07432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sean Witthar**
**21546 Harrision Street**
**Spring Hill, KS 66083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sergio Chavez**
**24777 Whitewood Drive**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Shara Brumley**
**PO Box 646**
**Como, CO 80432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sharyn Davis**
**3026 Deer Run Road**
**Hugo, OK 74743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Shawn Jaenson**
**2485 Mountin Spirit Trail**
**Reno, NV 89523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Shelia Knox**
**2850 Venice Road, #9101**
**Birmingham, AL 35211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shopify**
**33 New Montgomery St, Ste 750**
**Attn Officer**
**San Francisco, CA 94105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Stacey Treece**
**224 Rock Bridge Road**
**Oliver Springs, TN 37840**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Stacia Brown**
**17817 Carrington Woods Lane**
**Richmond, TX 77406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Stacy Contreras**
**1200 South Oaks**
**San Angelo, TX 76903**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Stefan Chilcote**
**2695 State Street**
**San Diego, CA 92103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Stephanie Moe**
**627 NW 87th Street**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Stephen Dale**
**47 Werman Court**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Stephen Dale**
**47 Werman Court**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Stephen Hampton**
**135 Nauset Lane**
**Chester, MD 21619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Stephen Mayotte**
**1584 Lonnon Road**
**Grants Pass, OR 97527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Steve Kent**
**2426 Oak Industrial Drive NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Steven Chao**
**22 Top Ridge Trail, #141**
**White Lake, NY 12786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Susan Cox**
**226281 W.Wooster Lake Avenue**
**Ingleside, IL 60041**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Susan Medghalchi**
**12199 Etchison Road**
`
**Ellicott City, MD 21042**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Susan Shoff**
**50 Buggywhip Trail**
**Honeoye Falls, NY 14472**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tammy Wilson**
**3091 Mountt View Road**
**Manchester, TN 37355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Taylor Bowman**
**658 Main Street**
**Medfield, MA 02052**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Taylor Herrlinger**
**3713 Esperana Drive**
**Sacramento, CA 95864**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Teerence Hanrahan**
**9 Harrison Street**
**Clark, NJ 07066**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __cusstomer__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Teresa Outlaw**
**10253 N. Big Bass Trail**
**Dunnelon, FL 34434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Thai Hoang**
**122 Callistoga Road, #228**
**Santa Rosa, CA 95409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Thomas Johnson**
**150 Barteau Lane**
**Boxborough, MA 01719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Thomas Kramer**
**3005 Mount Meyer**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tiffany Hart**
**6188 West County Road 350 S.**
**Coatesville, IN 46121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tim McClenddon**
**77 Charden Lane**
** MA 01310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Timothy Burke**
**13635 Chipping Way Court**
**Utica, MI 48315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Todd Saracki**
**4590 Brighton View Trail**
**Cumming, GA 30040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tong Truong**
**2118 Burnett Place South**
**Renton, WA 98055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Toya Dubin**
**2334 Taylor Road**
**Mountainville, NY 10953**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Trais Carlton**
**25301 Terrano Drive**
**Mission Viejo, CA 92691**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**TravisMeinch**
**377 Merrimon Avenue**
**Asheville, NC 28801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Trey Hall**
**87 Planttion Road**
`
**Munford, TN 38058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Troy McNomee**
**109 Little Neck Road**
**Stevensville, MD 21666**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Everything Hearth & Home, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tucker Deaton**
**125 Northwest 59th Street**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tushar Moorti**
**116 Eldora Drive**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tyler Parton**
**44 Savannah Court**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Vishal Tayal**
**168 Dolores Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Warren Nass**
**12323 Bristol Drive**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Wayne Gray**
**947 Myers Street, #229**
**Richmond, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Wayne Kyrish**
**1380 Ackrman Road**
**San Antonio, TX 78219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Everything Hearth & Home, LLC**    Case number (if known) _____
_____
Name

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Wes Usie**
**5870 Greenwood Road**
**Shreveport, LA 71119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**William Autry**
**2683 McAfee Road**
**Decatur, GA 30032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**William Lord**
**110 Bakos Road**
**Tolland, CT 06084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Zac Wolf**
**1917 Weepah Way**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 286.00 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ 286.00 |

**Fill in this information to identify the case:**

Debtor name  **Everything Hearth & Home, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**Everything Hearth & Home, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | | *Column 2:* **Creditor**

| Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 **Everything Fireplaces LLC** | **Affiliate - contractually obligated** | **Cloudfund LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Everything Hearth & Home, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,197,524.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Everything Hearth & Home, LLC** | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |
| **11 Center Street LLC**<br>**51 Montgomery Street**<br>**Middletown, NY 10940** | **Inventory belonging to Everything Fireplaces LLC and Everything Hearth and Home LLC removed from former business premises by lessor 11 Center Street LLC. Current disposition unknown.** | | **$136,263.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

---
**Part 3:    Legal Actions or Assignments**
---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **Cloudfund LLC v. Everything Fireplaces LLC, et al.**<br>**603353/23** | **Commercial collection** | **Nassau County Supreme Court**<br>**100 Supreme Court Drive**<br>**Mineola, NY 11501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---
**Part 4:    Certain Gifts and Charitable Contributions**
---

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor   **Everything Hearth & Home, LLC**                                        Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael D. Pinsky, P.C.<br>372 Fullerton Ave., # 11<br>Newburgh, NY 12550** | **Filing fee also paid** | | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **Everything Hearth & Home, LLC**                                        Case number *(if known)*

☐ Does not apply

| | Address | | Dates of occupancy<br>From-To |
|---|---|---|---|
| 14.1. | **39 Railroad Ave.**<br>**Middletown, NY 10940** | | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Everything Hearth & Home, LLC**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

| Debtor | **Everything Hearth & Home, LLC** | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Derrixk Moran** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Delta Funding** **108 Greenwich St** **New York, NY 10006** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Derrick Moran** | | | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Everything Hearth & Home, LLC**                           Case number *(if known)*

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __January 29, 2024__

__/s/ Derrick Morran__                              __Derrick Morran__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Everything Hearth & Home, LLC**                                    Case No. _____

                                                    Debtor(s)                    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                              $               **2,500.00**

    Prior to the filing of this statement I have received                    $               **2,500.00**

    Balance Due                                                              $                   **0.00**

2.  $ **338.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor          ■ Other (specify):    **Derrick Moran**

4.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **The commencement, prosecution or defense of any motion practice, contested matter(s) or adversary proceeding(s), including but not limited to loss mitigation proceedings, Rule 2004 examinations, objection to discharge or dischargeability, claims objections, post-confirmation matters (including modification of confirmed Plans and defense of motions to dismiss),matters involving the automatic stay (including the defense of motions for relief from the stay or the extension or imposition of the stay), objections to claims of exemption(s) or steps taken for the protection or preservation of exemption rights, motions to avoid liens (whether judicial liens, junior mortgage liens, or non- purchase money security interests), matters involving the sale, lease or use of property (including the use of cash collateral), matters involving financing, matters involving the cramdown of secured claims, the retention of professionals, applications for compensation  and reimbursement of expenses, transactional matters, matters involving the dischargeability of certain taxes and student loans, matters involving abandonment, turnover, preference or fraudulent conveyance, appeals from orders of the Bankruptcy Court, the defense of appeals taken by others from orders of the Bankruptcy Court, and proceedings in any other court, tribunal or administrative agency.**

In re    **Everything Hearth & Home, LLC**                                    Case No. _____
_____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 29, 2024**                                    **/s/ Michael D. Pinsky, Esq.**
_____                        _____
*Date*                                                 **Michael D. Pinsky, Esq.**
                                                       *Signature of Attorney*
                                                       **Law Office of Michael D. Pinsky, P.C.**
                                                       **372 Fullerton Ave., #11**
                                                       **Newburgh, NY 12550-3744**
                                                       **845-245-6001   Fax: 845-684-0547**
                                                       **michael.d.pinsky@gmail.com**
                                                       _____
                                                       *Name of law firm*

### United States Bankruptcy Court
#### Southern District of New York

In re   **Everything Hearth & Home, LLC** _____     Case No. _____

                                          Debtor(s)     Chapter     **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 29, 2024** _____         **/s/ Derrick Morran** _____

                                                 **Derrick Morran**/**Managing Member**
                                               Signer/Title

AHRIN COKE
PO BOX 704
ARCATA, CA 95518

AILEEN MURPHY
4744 SW GULL POINT DRIVE
LEES SUMMIT, MO 64082

ALEX BARTLETT
5 HARVEY LANE
MALVERN, PA 19355

ALEX FARAH
1604 SEEGAR ROAD
PITTSBURGH, PA 15241

ALLEN SHAMOOLLIAN
214 CONWAY AVENUE
LOS ANGELES, CA 90024

ANA MORRESI
2655 LONGBRANCH ROAD
UNION, KY 41091

ANDRE PRIEDE
3624 SAWYER ROAD
SAWYER, MI 49125

ANDREW DUNN
1329 6TH STREET
KIRKLAND, WA 98033

ANDREW FARBEER
62 WEST 62ND STREET
NEW YORK, NY 10023

ANDREW MARA
25 KELLY RIDGE ROAD
CARMEL, NY 10512

ANNETTE JENNINGS
1685 THYATIRA BROCKTON ROAD
JEFFERSON, GA 30549

ANNETTE JONES
33 HARTSOOK ROAD
LEXINGTON, VA 24450


ANTHONY GRIFFIN
175 MAIN STREET,
PO BOX 74
UNION BRIDGE, MD 21791


ARCHIBALD KINGSLEY
208 HUNT TRACE LANE
CAMDEN, SC 29020


ARMIN SCHARNBERGER
150 DOWLING ROAD
INGRAM, TX 78025


ARTUR TURAJ
401 MADISON STREET
READING, PA 19607


ASHLEY MORGAN
8325 HIGHWAY 90
ROANOKE, LA 70581


AZRA BEELS
5 LECLAIRR DRIVE
HINGHAM, MA 02043


BANK OF AMERICA
100 NORTH TRYON STREET
ATTN OFFICER
CHARLOTTE, NC 28255


BARRY NUNEZ
2105 REDBUD STREET
NORWALK, IA 50211


BEN NAPIEER
525W. 7TH STREET
LAUREL, MS 39440


BILL JOHNS
9725 WOODS DRIVE
SKOKIE, IL 60077

BILL WELCH
507 BOARDWALK LANE
DEXTER, MI 48130


BOGDAN LIVIPA
819 NORTH NAVAO DRIVE
PAGE, AZ 86040


BONNIE WILLIAMS
17560 SOUTH CASSTADA DRRIVE
SAHUARITA, AZ 85629


BRAD MAYBEE
1009 7TH CORSO
NEBRASKA CITY, NE 68410


BRANDON MITCHELL
9953 OHIO INDIANA STATE LINE R
HICKSVILLE, OH 43526


BRETT VAN HORN
23360 FORSYTHIA LANE
WASHINGTON, DC 20011-7000


BRIAN SLATER
280 BRIAN COURT
ELLICOTT CITY, MD 21043


BRISN FOLKE
5955 TOWHEE LANE
CINCINNATI, OH 45243-3000


BRUCE DAVIS
2310 NORTH SHAYTOWN ROAD
VERMONTVILLE, MI 49096


BRYAN AYRES
4880 STATE HIGHWAY 41
GREENE, NY 13778


CANDI SCHULZ
12262 PAIGE ROAD
WOODFORD, VA 22580

CANDY READ
11253 WOMACK CEMETERY ROAD
MONTGOMERY, TX 77316

CARRIE HUGHES
207 MAGNOLIA PLACE COVE
BRANDON, MS 39047

CASSI BRAUN
825 BLUFF STREET
BELOIT, WI 53511

CHERSHARON KING
112 BELLADONNA LANE
STAFFORD, VA 22554

CHERYL HOLT
945 JEFFERSON LANE
SAINT PAUL, MN 55123

CHRIS DAY
232 OWENSVILLE ROAD
WEST RIVER, MD 20778

CHRIS KALLENBACH
135 BASS POINT ROAD
NAHANT, MA 01908

CHRIS MCKENNA
52 WHITTLSEY ROAD
WOODBURY, CT 06798

CHRISTIAN SAVAGE
204BLESSINGS RANCH ROAD
LIBERTY HILL, TX 78642

CHRISTIN GRIMES
621 COUNTTY ROAD 308
ROSHARON, TX 77583

CHRISTOPHER FAULKNER
3355 EASTMAN AVENUE
DENVER, CO 80210

CHRISTOPHER GRAYSON
25 LE CONTE
LAGUNA NIGUEL, CA 92677


CHRISTOPHER HENDEL
1890 MONTEREY ROAD, #C
COLORADO SPRINGS, CO 80910


CLARE OGLE
581 SAND HILL ROAD
HERSHEY, PA 17033


CLOUDFUND LLC
400 RELLA BLVD. STE 165-101
ATTN OFFICER
SUFFERN, NY 10901


CONNIE HIKER
7330 W. RANGER RIDGE ROAD
LINCOLN, NE 68532


CRAIG MCKINNEY
241 WOODWINS DRIVE
BANNER ELK, NC 28604


CYNTHIA GIBSON
1326 CANNON ISLAND DRIVE
SITKA, AK 99835


CYNTHIA NICHOLSON
PO BOX 2562
JACKSON, WY 83001


D'ONN GENOVESE
51395 CLUBHOUSE DRIVE
INDIO, CA 92201


DALE COATS
1482 W. GANDER DRIVE
MERIDIAN, ID 83642


DAN HESTAD
247 SODOM ROAD
NORWAY, ME 04268

DANA HOBSON
4923 S. HEMINGWAY CIRCLE
POMPANO BEACH, FL 33063

DANIEL ANAN
3 RADIO ROAD
SAINT AUGUSTINE, FL 32084

DANNY NYGARD
498 BENTON HOLLOW ROAD
WOODBOURNE, NY 12788

DAVID GILMORE
4264 FIDDLERS BEND
LOGANVILLE, GA 30052

DAVID LEONARD
104 GLENFIELD TRAIL
GREENEVILLE, TN 37745

DAVID WILLIAMS
2526 GERY STREET
REDDING, CA 96001

DEAN MCCOMISH JR.
46 KENDALL POND ROAD
DERRY, NH 03038

DEBRA HOOKS
440 BALTIMORE CIRCLE
NEW SMYRNA BEACH, FL 32168

DEE KIMBROUGH
157 BRANCH VILLAGE WAY
PRINCETON, TX 75407

DELAINE BISHOP
2516 SC HIGHWAY, 395
NEWBERRY, SC 29108

DELTA FUNDING
108 GREENWICH STREET
ATTN OFFICER
NEW YORK, NY 10006

DENNIS VOLK
13166 MORSE PLACE
SHOREHAM, VT 05770-2000


DEREK HUNT
7460 MS HIGHWAY 9
ACKERMAN, MS 39735


DEREK ONSTOTT
11994 SACKSTON RIDDGE DRIVE
SAINT LOUIS, MO 63141


DEVIN PORTER
2241 KODIAC CIRCLE
OVERGAARD, AZ 85933


DIAMOND MOSS
5740 BUCKS BAR ROAD
PLACERVILLE, CA 95667


DIANA GLYNN
6511 SOUTH 110TH STREET
OMAHA, NE 68137


DIANE RICE
23406 115TH AVENUE SW
VASHON, WA 98070


DMITRY PLESHKOV
1254 HIDDEN WOODS DRIVE
ZEPHYR COVE, NV 89448


DON NICKEL
1315 BLOCKHOUSE VALLEY ROAD
CLINTON, TN 37716


DONNIE WARD
685 CHISAM
VALLEY VIEW, TX 76272


DORAN PORTER
935 CALLE SAN RAPHAEL
PALM SPRINGS, CA 92264

DOUGLAS BLACKFORD
9917 S 12TH STREET
SCHOOLCRAFT, MI 49087

DUANE WATLINGTON
89 HALF ACRE ROAD
MONROE TOWNSHIP, NJ 08831

DUANN CHAMBERS
210 TRIANGLE DRIVE STE D
PONDERAY, ID 83852

DUSTIN STEFFAN
744 WEST 12TH AVENUE
SPOKANE, WA 99204

EDDIE HOLMES
2120 69TH SE
AUBURN, WA 98092

EDWIN SCHAUMBURG
2710 STEPHENS ROAD
MARYVILLE, TN 37803

ELIZABETH ANTONYAN
1936 N ST ANDREWS PLACE
LOS ANGELES, CA 90068

ELIZABETH HOENIG
223 N 4TH STREET
WINTERSET, IA 50273

EMMA BUESCHER
3380 SUMMER CUTOFF ROAD
BOZEMAN, MT 59715

ERIC WEBER
820 NORTHFIELD ROAD
MANHATTAN, KS 66502

ERWIN KROON
2147 KIPLING STREET
HOUSTON, TX 77098

EVERYTHING FIREPLACES LLC


FATIMATOU DIALLO
2 SUMMERSET COURT
GWYNN OAK, MD 21207


FRANCISCO OZUNA
13615 LUIS DRIVE, B
DESERT HOT SPRINGS, CA 92240


GALE MANKE
506 SHORE DRIVE WES
OLDSMAR, FL 34677


GERALD DUKE
3226 MAYBANK HIGHWAY
JOHNS ISLAND, SC 29455


GHASSAN MAADARANI
22150 GRATIIOT AVENUE
EASTPOINTE, MI 48021


GINGER SIGLEER
3621 NORTH KACHINA LANE
SCOTTSDALE, AZ 85251


GORAN DUKIC
947 LUCILE AVENUE
LOS ANGELES, CA 90026


GREG KNEPP
177 SOUTH 500 EAST
MONTGOMERY, IN 47558


GREGORY KNEPP
1775 S 500 EAST
MONTGOMERY, IN 47558


HANNAH TAYLOR
1900 SIMONDAVENUE
AUSTIN, TX 78723

HARPER HUG
259 EAST MINEOLA DRIVE
LARGO, FL 33770


HEATHEER BATTISON
340 E.MAIN STREET
CORTLAND, OH 44410


HEATHER MACK
25077 DOEDRIVE
NORTH OLMSTED, OH 44070


HELEN BRACH
35 CHEVRON ROAD, UNIT 201
MONROE, NY 10950


HELIODORO AGUILAR
PO BOX 23
GARDENA, CA 90248


JACKIE LUNARDI
4439 NORTH CHAPEL ROAD
FRANKLIN, TN 37067


JACOB DYLAN
6715 CHELSEA GARDENS WAY
CUMMING, GA 30040


JAMES EGGERS
14545 INDUSTRIAL ROAD
OMAHA, NE 68144


JAMES GUTHERY
734 CAANOE ROAD
BROKEN BOW, OK 74728


JAMES JOHNSON`
1124 RIDGECREST AVENUE
GALLUP, NM 87301


JAMES MCCLAIN
8230 RIVER HILL COMMONSDRIVE
BALL GROUND, GA 30107

JAMES NEVILLE
3104 COMMANDER DRIVE
LOUISVILLE, KY 40220


JAMES PRRICE
502 ROCKY LAKE ROAD
COLVILLE, WA 99114


JED TRACHTE
25701 WILLOW LANE
NEW PRAGUE, MN 56071


JEFF MCCALLISTER
8103 ROCKWOOD LANE
AUSTIN, TX 78757


JEREMIAH CURTIS
300 WEST OLIVE, SUITE A
COLTON, CA 92324


JESSICA WICKLINE
28483 SENECA TRAIL N
RENICK, WV 24966


JIM COUGHLIN
11 E. 79TH STREET
NEW YORK, NY 10075


JODI FROCK
491 MIDDLE CREEK ROAD
FAIRFIELD, PA 17320


JOE BROWN
10501 IACERA DRIVE
TAMPA, FL 33618


JOHN BARRETT
16 MARIA LANE
OSSINING, NY 10562


JOHN GANNON
2631 SHOREVIEW DRIVE
NAPLES, FL 34112

JOHN LOPER
6542 87TH STREET
LUBBOCK, TX 79424

JOHN SYTSMA
211 HILLTOP DRIVE
JUSTIN, TX 76247

JOHN WOOD
38 GRRAVELY BRANCH ROAD
FLETCHER, NC 28732

JONATHAN BRUZZI
4264 BUCKSKIN WOOD DRIVE
ELLICOTT CITY, MD 21042

JONATHN BRUZZI
4264 BUCKSKIN WOOD DRIVE
ELLICOTT CITY, MD 21042

JORDAN SMITH
8122 TOWNLEY ROAD
HUNTERSVILLE, NC 28078

JOSE GARRIDO
1290 ACORN COURT
DUNDEE, IL 60118

JOSEPH MAGNOTTA
2416 STRATTON DRIVE
POTOMAC, MD 20854

JOSHUA SMITH
202 SASSAFRAS COURT
HENDERSON, NV 89074

JOSHUA STEARNS
3413 WHITES GAP ROAD
JACKSONVILLE, AL 36265

JOSHUA WHITSON
3211 ASHEBURY POINT
GREENWOOD, AR 72936

JOY LOUVEAU
121 GLEN RIDGE AVENUE
GLEN RIDGE, NJ 07028


JUAN CAMILLO
9 BRISTOL DRIVE
MIDDLETOWN, NY 10941


JULIA LINDSAY
13085 JENNINGS ROAD
KINDE, MI 48445-1000


JULIA PRICEMAN
69 NEWELL ROAD
YARMOUTH, ME 04096


JUSTIN HUNTEER
1920 NORTH HAVICHUR LOOP
POST FALLS, ID 83854


JUSTIN SANDBERG
5089 S 1950 WEST
SALT LAKE CITY, UT 84129


KAREN TAYLOR
PO BBOX 562
LAKE OZARK, MO 65049


KAREN WESLEY
4119 BAYSHORE BLVD. NE
SAINT PETERSBURG, FL 33703


KATHERINE SPENCER
3823 TRIMBLE ROAD
NASHVILLE, TN 37215


KATHY MOTT
12374 AMICA LOOP
VENICE, FL 34293


KAYLA WILSON
13250 PENN SHOP ROAD
MOUNT AIRY, MD 21771

KECIA STICKNEY
17460 SENDEERO WAY
LOWER LAKE, CA 95457

KEITH ELLEDGE
9403 CASTLEWOOD DRIVE SE
POULSBO, WA 98370

KEITH KAUFMAN
227 CHAPEL HILL ROAD
READING, PA 19608

KEVIN RIPA
41 OAK STREET
SWEET GRASS, MT 59484

KEVIN SERFASS
2328 RRIVERBEND ROAD
ALLENTOWN, PA 18103

KEVIN TEFFT
31709 37TH AVENUE SW
FEDERAL WAY, WA 98023

KRISTINE MCCULLOUGH
107 SADDLEWOOD LANE
HENDERSONVILLE, TN 37075

LANCE BOUCHER
49 COVENTRY DRIVE
SUNAPEE, NH 03782

LARRY HART
11 18TH STREEET
CORBIN, KY 40701

LAURA BEARB
408 HIGHWAY 178
CHURCH POINT, LA 70525

LAURA THOMPSON
370 SPRIRNGBUD ROAD
FANCY GAP, VA 24328

LAUREN CLARK
308 MAIN STREET
VANLUE, OH 45890


LAURENCE BURKE
203 RECTOR STREET
STERLING, VA 20164


LAURENCE MILLER JR.
6410 JEFFERSON BLVD.
FREDERICK, MD 21703


LAWRENCE LACHOW
1394 OLD JACKSONVILLE ROAD
WARMINSTER, PA 18974


LAWRNCE LAUSER
7442 SHASTA FOREST DRIVE
SHINGLETOWN, CA 96088


LEEANN ORASIN
5 WOODS POINT
WEBSTER, NY 14580


LEONARD GIBBS
8174 HILLCREST ROAD
HENRICO, VA 23231


LINDA DAVIS
898 MIDWAY CIRCLE
JACKSONS GAP, AL 36861


LINDSAY RAMLOW
6164 S 30TH STREET
KALAMAZOO, MI 49048


LIZ PAQUETTE
64 TELEGRAPH STREET
BOSTON, MA 02127


LORA MINS
704 BLUEBERRY HILL ROAD
PRATTVILLE, AL 36067

LUCILLE CANNON
5350 PINEHURST PARK DRIVE
CHARLOTTE, NC 28211


MAADELINE ALLEN-SANDO
645 SOUTHEEST WILSON AVENUE
BEND, OR 97702


MAGGIE VANCE
1854 PUSHEW ROAD
BANGOR, ME 04401


MARAK FERRRARO
200 LINDEN STREET
ROCHESTER, NY 14620


MARC CIECHOSKI
24 COUNTRY LANE
BRISTOL, CT 06010


MARK FEDDER
1303 CANELL DRIVE
SOMERSET, PA 15501


MARK SHRACK
5087 CHRISTINBURG ROAD
COLUMBUS, IN 47201


MARLEENA CLARK
1177 LAKE FOREST DRIVE
HEBRON, OH 43025-5000


MARLIN METTERS
30244 CONW MANOR LANE
RALEIGH, NC 27613


MARSHA BASSETT
3012 23RD AVENUE SOUTH
NASHVILLE, TN 37215


MARSHALL PATTERSON
159 AVIATOR LANE
TUSCUMBIA, AL 35674

```
MARTHA RODRIGUEZ
2396 SYCAMORE STREEET
SAINT JAMES CITY, FL 33956


MARTIN KENT
156 GOFFLE HILL ROAD
HAWTHORNE, NJ 07506


MATT LUFT
7474 OAK ORCHARD ROAD
ELBA, NY 14058


MATT MECCIA
308 9TH AVENUE
BELMAR, NJ 07719


MATTHEW METZ
611 WHEELING AVENUE
GLEN DALE, WV 26038


MAUREEN SHIEL
1137 E. 10TH STREET
INDIANAPOLIS, IN 46202


MAX LENT
37 WEST 47TH STREET, STE. 504
NEW YORK, NY 10036


MICHAEL FINK
4 HOPE LANE
PHOENIXVILLE, PA 19460


MICHAEL GROGAN
1444 HOBSON STREET
WALLA WALLA, WA 99362


MICHAESL MCCGOVERN
2121 AIRBORN DRIVE
JACKSONVILLE, AR 72076


MICHELLE BEUSCHER
808 MONTROSE DRIVE
GREENSBORO, NC 27410
```

MIKE RILEY
8578 FORREST LANE
LITTLETON, CO 80126


MINDY KEFER
1535 LINDEN AVENUE
BOULDER, CO 80304


MINERVA YEUNG
16 LLOYDEN DRIVE
ATHERTON, CA 94027


MITCHELL DAVIDSON
4530 ASPEN AVENUE
LAS VEGAS, NV 89124


MOLLY HOOKS
76 GLASSTON ROAD
BIG TIMBER, MT 59011


MONTY LALL
908 SOUTH PATTERSON STREET
VALDOSTA, GA 31601


MURIEL ADIB
1107 BLUFFTON COURT
MYRTLE BEACH, SC 29579


NATALIYA MYSAK
16 KILMER DRIVE
ENGLISHTOWN, NJ 07726


NELS GULBRANSON
41 QST STREET NW
SPRING GROVE, MN 55974


NICK PIERRE
306 PERRY POND ROAD
NARROWSBURG, NY 12764


NICK TAREKHOV
790 AUBURN WAY NORTH, #204
AUBURN, WA 98002

NICOLA FRYER
6 PARKSIDE COURT
BLUFFTON, SC 29910


NICOLE PAPAMICHAEL
350 83RD STREET
BROOKLYN, NY 11209


NICOLETTE DENNEY
39580 CAMINO DEL VINO
TEMECULA, CA 92592


NSKINYUA GILL
5848 ASPEN WOOD COURT
MC LEAN, VA 22101


PATRICK BERRY
2244 WETHARBURNE WAY
FREDERICK, MD 21702


PATRICK UCCI
2010 WATERSEDGE
POMPANO BEACH, FL 33062


PAUL HAMILTON
28702 SW 48TH AVENUE
NEWBERRY, FL 32669


PAUL SCHROEDER
931 JEFFERSON STREET
OSHKOSH, WI 54901


PAUL SHEWBIRT
1151 PARKWAY LANE
PILOT POINT, TX 76258


PETER CARLUCCI
8 CIRRUS LANE
PITTSTOWN, NJ 08867


PHILIP KOSHAK
4550 CHAPEL GROVE ROAD
GASTONIA, NC 28052

PHOENIX ALLAN/WATSON
1331 ROMA ROAD
BELLINGHAM, WA 98226


PHYLLIS SHULTZ
843 CLUB CREST BLVD.
CHESTER, VA 23836


RAUL MARQUEES
51 CHAPEL HILL ROAD
NORTH HAVEN, CT 06473


RAY WILLIAMS
1047 DELMONT CHURCH ROAD
CADIZ, KY 42211


REDPOINT LLC
PO BBOX 2201
BRISTOL, TN 37621


RENEE LANGSTAFF
1335 CO ROAD 225
RIFLE, CO 81650


REX MCARTHUR
448 EAST FOOTHILL BLVD., #207
SAN DIMAS, CA 91773


RHONDA SLAVIK
1412 CLEARAVIEW ROAD
SANTA BARBARA, CA 93101


RICH UNDRKOFLER
205 NICKLAUS DRIVE
DOYLESTOWN, PA 18901


RICHARD PARKER
3454 SOUTH SYCAMORE AVENUE
LOS ANGELES, CA 90016


RICHARD THOMAS
999 COUNTY ROAD 12
FLORISSANT, CO 80816

RICHARD URE
8364 BINDSEIL LANE
SAN ANTONIO, TX 78266


RICK LAROTONDA
1007 CARALENA COURT
ABSECON, NJ 08201


ROB DEMING
23 ULENSKI DRIVE
ALBANY, NY 12220-5000


ROB JOHNSON
1785 N. BLUFF TOP DRIVE
PRESCOTT VALLEY, AZ 86314


ROBERT GRABLE
1022 NORTH BUCKEYE STREET
OSGOOD, IN 47037


ROBERT PANIAN
15320 SHORELINE DRIVE
THORNVILLE, OH 43076


ROBERTO PRADO
20 NORTH GREEN ACRES LANE
NEW HAVEN, CT 06511


RONALD ROBICHEAUX
116 RUE CONGE CIRCLE
LAFAYETTE, LA 70508


RUTLEDGE SMITH
150 BIRCH STREET
WINNETKA, IL 60093


RYAN LATRELL
2206 CERRO COURT
RAPID CITY, SD 57702


RYAN SUMNER
8HIGHLAND AVENUE
WARWICK, NY 10990

RYAN TATUM
PO BOX 986
NORMAN, OK 73070

RYAN TONELLI
22 DOLPHIN DRIVE
MILFORD, CT 06460

SALVATORE MANGIA
110 VOICEROAD
CARLE PLACE, NY 11514

SAMUEL CALLARI
8906 DE HAVILAND AVENUE
LOS ANGELES, CA 90045

SARAH SCHMITT
3715 KING ARTHUR ROAD
ANNANDALE, VA 22003

SAVANNAH DAILY
4350 NEWPORT HIGHWAY
GREENEVILLE, TN 37743

SCOTT DENNIS
70 LOST ISLAND ROAD
LADYS ISLAND, SC 29907

SEAN SMYT
110 MIDLAND AVENUE, 9B
MIDLAND PARK, NJ 07432

SEAN WITTHAR
21546 HARRISION STREET
SPRING HILL, KS 66083

SERGIO CHAVEZ
24777 WHITEWOOD DRIVE
SANTA ROSA, CA 95407

SHARA BRUMLEY
PO BOX 646
COMO, CO 80432

SHARYN DAVIS
3026 DEER RUN ROAD
HUGO, OK 74743


SHAWN JAENSON
2485 MOUNTIN SPIRIT TRAIL
RENO, NV 89523


SHELIA KNOX
2850 VENICE ROAD, #9101
BIRMINGHAM, AL 35211


SHOPIFY
33 NEW MONTGOMERY ST, STE 750
ATTN OFFICER
SAN FRANCISCO, CA 94105


STACEY TREECE
224 ROCK BRIDGE ROAD
OLIVER SPRINGS, TN 37840


STACIA BROWN
17817 CARRINGTON WOODS LANE
RICHMOND, TX 77406


STACY CONTRERAS
1200 SOUTH OAKS
SAN ANGELO, TX 76903


STEFAN CHILCOTE
2695 STATE STREET
SAN DIEGO, CA 92103


STEPHANIE MOE
627 NW 87TH STREET
SEATTLE, WA 98117


STEPHEN DALE
47 WERMAN COURT
PLAINVIEW, NY 11803


STEPHEN HAMPTON
135 NAUSET LANE
CHESTER, MD 21619

STEPHEN MAYOTTE
1584 LONNON ROAD
GRANTS PASS, OR 97527


STEVE KENT
2426 OAK INDUSTRIAL DRIVE NE
GRAND RAPIDS, MI 49505


STEVEN CHAO
22 TOP RIDGE TRAIL, #141
WHITE LAKE, NY 12786


SUSAN COX
226281 W.WOOSTER LAKE AVENUE
INGLESIDE, IL 60041


SUSAN MEDGHALCHI
12199 ETCHISON ROAD
`
ELLICOTT CITY, MD 21042


SUSAN SHOFF
50 BUGGYWHIP TRAIL
HONEOYE FALLS, NY 14472


TAMMY WILSON
3091 MOUNTT VIEW ROAD
MANCHESTER, TN 37355


TAYLOR BOWMAN
658 MAIN STREET
MEDFIELD, MA 02052


TAYLOR HERRLINGER
3713 ESPERANA DRIVE
SACRAMENTO, CA 95864


TEERENCE HANRAHAN
9 HARRISON STREET
CLARK, NJ 07066


TERESA OUTLAW
10253 N. BIG BASS TRAIL
DUNNELLON, FL 34434

THAI HOANG
122 CALLISTOGA ROAD, #228
SANTA ROSA, CA 95409

THOMAS JOHNSON
150 BARTEAU LANE
BOXBOROUGH, MA 01719

THOMAS KRAMER
3005 MOUNT MEYER
SAN ANTONIO, TX 78254

TIFFANY HART
6188 WEST COUNTY ROAD 350 S.
COATESVILLE, IN 46121

TIM MCCLENDDON
77 CHARDEN LANE
MA 01310

TIMOTHY BURKE
13635 CHIPPING WAY COURT
UTICA, MI 48315

TODD SARACKI
4590 BRIGHTON VIEW TRAIL
CUMMING, GA 30040

TONG TRUONG
2118 BURNETT PLACE SOUTH
RENTON, WA 98055

TOYA DUBIN
2334 TAYLOR ROAD
MOUNTAINVILLE, NY 10953

TRAIS CARLTON
25301 TERRANO DRIVE
MISSION VIEJO, CA 92691

TRAVISMEINCH
377 MERRIMON AVENUE
ASHEVILLE, NC 28801

```
TREY HALL
87 PLANTTION ROAD
`
MUNFORD, TN 38058


TROY MCNOMEE
109 LITTLE NECK ROAD
STEVENSVILLE, MD 21666


TUCKER DEATON
125 NORTHWEST 59TH STREET
SEATTLE, WA 98107


TUSHAR MOORTI
116 ELDORA DRIVE
MOUNTAIN VIEW, CA 94041


TYLER PARTON
44 SAVANNAH COURT
STAFFORD, VA 22554


VADIM SEREBRO, ESQ.
55 BROADWAY, 3RD FLOOR
NEW YORK, NY 10006


VISHAL TAYAL
168 DOLORES STREET
SAN FRANCISCO, CA 94103


WARREN NASS
12323 BRISTOL DRIVE
LA MIRADA, CA 90638


WAYNE GRAY
947 MYERS STREET, #229
RICHMOND, VA 23230


WAYNE KYRISH
1380 ACKRMAN ROAD
SAN ANTONIO, TX 78219


WES USIE
5870 GREENWOOD ROAD
SHREVEPORT, LA 71119
```

```
WILLIAM AUTRY
2683 MCAFEE ROAD
DECATUR, GA 30032


WILLIAM LORD
110 BAKOS ROAD
TOLLAND, CT 06084


ZAC WOLF
1917 WEEPAH WAY
LOS ANGELES, CA 90046
```

# United States Bankruptcy Court
## Southern District of New York

In re  **Everything Hearth & Home, LLC**

Debtor(s)

Case No. _____

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Everything Hearth & Home, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 29, 2024**

Date

**/s/ Michael D. Pinsky, Esq.**

**Michael D. Pinsky, Esq.**

Signature of Attorney or Litigant

Counsel for  **Everything Hearth & Home, LLC**

**Law Office of Michael D. Pinsky, P.C.**

**372 Fullerton Ave., #11**
**Newburgh, NY 12550-3744**
**845-245-6001 Fax:845-684-0547**
**michael.d.pinsky@gmail.com**